[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-11716
Non-Argument Calendar

_____

D.C. Docket No. 3:11-cr-00037-LC-8


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KENDELL JAMAL CUSHON,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(September 16, 2021)

Before JORDAN, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

Megan Saillant, appointed counsel for Kendell Cushon in this appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared under *Anders v. California*, 386 U.S. 738 (1967), following the revocation of Cushon's supervised release.  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cushon's revocation of supervised release and sentence are **AFFIRMED.**